# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| INGRID MINETTE WOODS, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | BK    10-30783 |
| INGRID MINETTE WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADV    14-3034 |
| vs. | ) | |
| | ) | |
| CARRINGTON MORTGAGE SERVICES; | ) | |
| RUSHMORE LOAN MANAGEMENT SERVICES | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS PARTY

COMES NOW the Plaintiff, Ingrid Woods, by and through her attorneys, Law Offices of Mueller and Haller, L.L.C., and for her Motion Dismiss Party states as follows:

1. On September 12, 2014, the Plaintiff filed her Amended Complaint for Declaratory Judgment and Turnover of Funds.

2. On September 15, 2014, the Summons was issued by this Court.

3. The Defendant, Carrington Mortgage Services, should be dismissed as a party.

WHEREFORE the Plaintiff prays the Defendant, Carrington Mortgage Services, be dismissed as a party and for such other relief as deemed proper by the Court.

INGRID MINETTE WOODS,

By: /s/ William A. Mueller
William A. Mueller #06187732
James J. Haller #06226796
Rachel A. Hill #51818
Attorneys for Plaintiff
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | BK | 10-30783 |
| | )   SS | ADV | 14-3034 |
| CITY OF BELLEVILLE | ) | Chapter 13 | |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On February 17, 2015, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the ~~**Motion to Dismiss Party.**~~

The Deponent served electronically the **Motion to Dismiss Party** to the following parties:

U.S. Trustee

Russell Simon

and served by mail to the following parties:

Carrington Mortgage Services
c/o Jeffrey Karek
105 W. Madison St., 18th Floor
Chicago, IL 60602

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger